UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v.  )<br>)<br>DEAN A. TRAN, )<br>)<br>Defendant. ) | Criminal No.<br>23-10299-FDS |

## VERDICT FORM

**COUNTS 1-25**: Wire Fraud

We, the jury:

1. As to Count 1 (3/21/2021), find defendant Dean Tran:

   ~~____~~ Not Guilty         _____ Guilty

2. As to Count 2 (3/28/2021), find defendant Dean Tran:

   _____ Not Guilty         _____ Guilty

3. As to Count 3 (4/4/2021), find defendant Dean Tran:

   _____ Not Guilty         _____ Guilty

4. As to Count 4 (4/11/2021), find defendant Dean Tran:

   _____ Not Guilty         _____ Guilty

5. As to Count 5 (4/18/2021), find defendant Dean Tran:

   _____ Not Guilty         _____ Guilty

6. As to Count 6 (4/25/2021), find defendant Dean Tran:

   _____ Not Guilty         ___X___ Guilty

7. As to Count 7 (5/2/2021), find defendant Dean Tran:

   _____ Not Guilty      __X__ Guilty

8. As to Count 8 (5/9/2021), find defendant Dean Tran:

   _____ Not Guilty      __X__ Guilty

9. As to Count 9 (5/16/2021), find defendant Dean Tran:

   _____ Not Guilty      __X__ Guilty

10. As to Count 10 (5/23/2021), find defendant Dean Tran:

    _____ Not Guilty      __X__ Guilty

11. As to Count 11 (5/30/2021), find defendant Dean Tran:

    _____ Not Guilty      __X__ Guilty

12. As to Count 12 (6/6/2021), find defendant Dean Tran:

    _____ Not Guilty      __X__ Guilty

13. As to Count 13 (6/13/2021), find defendant Dean Tran:

    _____ Not Guilty      __X__ Guilty

14. As to Count 14 (6/20/2021), find defendant Dean Tran:

    _____ Not Guilty      __X__ Guilty

15. As to Count 15 (6/27/2021), find defendant Dean Tran:

    _____ Not Guilty      __X__ Guilty

16. As to Count 16 (7/4/2021), find defendant Dean Tran:

    _____ Not Guilty      __X__ Guilty

17. As to Count 17 (7/11/2021), find defendant Dean Tran:

    _____ Not Guilty      __X__ Guilty

18.     As to Count 18 (7/18/2021), find defendant Dean Tran:

         _____ Not Guilty        __X__ Guilty

19.     As to Count 19 (7/25/2021), find defendant Dean Tran:

         _____ Not Guilty        __X__ Guilty

20.     As to Count 20 (8/1/2021), find defendant Dean Tran:

         _____ Not Guilty        __X__ Guilty

21.     As to Count 21 (8/8/2021), find defendant Dean Tran:

         _____ Not Guilty        __X__ Guilty

22.     As to Count 22 (8/15/2021), find defendant Dean Tran:

         _____ Not Guilty        __X__ Guilty

23.     As to Count 23 (8/22/2021), find defendant Dean Tran:

         _____ Not Guilty        __X__ Guilty

24.     As to Count 24 (8/29/2021), find defendant Dean Tran:

         _____ Not Guilty        __X__ Guilty

25.     As to Count 25 (9/5/2021), find defendant Dean Tran:

         _____ Not Guilty        __X__ Guilty

**COUNTS 26-28:** Filing a False Tax Return

We, the jury:

26. As to Count 26 (calendar year 2020), find defendant Dean Tran:

    _____ Not Guilty      \_\_X\_\_ Guilty

27. As to Count 27 (calendar year 2021), find defendant Dean Tran:

    _____ Not Guilty      \_\_X\_\_ Guilty

28. As to Count 28 (calendar year 2022), find defendant Dean Tran:

    _____ Not Guilty      \_\_X\_\_ Guilty

Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.

FOREPERSON: /s/ [signature]         DATE: 9/11/2024