# United States Court of Appeals
## For the First Circuit

_____

No. 24-1906

UNITED STATES,

Appellee,

v.

DEAN A. TRAN,

Defendant - Appellant.

_____

**JUDGMENT**

Entered: November 4, 2024
Pursuant to 1st Cir. R. 27.0(d)

Plaintiff-Appellant Dean A. Tran is presently in default for failure to file a response to the Court's October 18, 2024 order to show cause, which warned appellant that failure to file a response would result in this appeal's dismissal for lack of diligent prosecution. Appellant has failed to comply and has not requested an extension of time to do so.

Accordingly, it is ordered that the above-captioned appeal be dismissed. See 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
John Todd Mulcahy
Dustin Ming Chao
Michael Colin Walsh