# United States Court of Appeals
## For the First Circuit

No. 24-1906

UNITED STATES,

Appellee,

v.

DEAN A. TRAN,

Defendant - Appellant.

### MANDATE

Entered: November 26, 2024

In accordance with the judgment of November 4, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Dustin Ming Chao
Donald Campbell Lockhart
John Todd Mulcahy
Michael Colin Walsh